UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**ROBERT F. SINEGAL**                        **CASE NO. 6:25-CV-00369 SEC P**

**VERSUS**                       **JUDGE ROBERT R. SUMMERHAYS**

**USA, ET AL**                       **MAGISTRATE JUDGE WHITEHURST**

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** the instant suit be **DISMISSED WITH PREJUDICE** as frivolous, for failing to state a claim for which relief may be granted, and for seeking money damages against a defendant who is immune from suit, pursuant to the provisions of 28 U.S.C. § 1915(e)(2).

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all pending motions (*See* ECF Nos. 4, 6–8, 10, 12–15, 17–19, 25, 29–30, 34, 36, and 40) be **DENIED** as **MOOT**.

The Clerk of Court is **INSTRUCTED** to send a copy of this Judgment to the keeper of the Three Strikes List in Tyler, Texas, so that this case may be recorded in the Three Strikes List.

**THUS DONE AND SIGNED** in chambers this 9th day of May, 2025.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE